### Jn° Griffith etc vs Snow *Caulker* and Cargoe

The Hon^ble John Gidley Esq^r Judge

The Court being Opened the Libel read — Robert Jennings Comes into Court and Enters his Claim and was Sworn to it — The Court is adjourned to Wednesday the 10th Inst^t at 11 a Clock A: M

M^r John Banister comes into Court, in the presence of the Judge, Enacts and binds himself to Pay to Cap^t John Griffith etc. Double Costs, Pursuant to Act of Parliament in Case the s^d Snow and Cargo be Adjudged lawful Prize. John Banister

### John Griffith *et al.* vs Snow *Caulker*

10th Aug^st 1743.

The Court being Opened According to Adjournm^t the Libel and Claim were read, and then Ezekiel Fox, Henry Vost Patrick Gordon Thomas Ashly and Robert Jennings On Oath in Open Court declared that the Answers made to their Several Interrogatories by them Signed were true and then the above Henry Vost Patrick Gordon, Thomas Ashly and Robert Jennings were further Sworn — The Court is adjourned to 3 aClock P: M

The Court being Opened According to Adjournm^t Thomas Hynes and James Hornby, On Oath in Open Court declared that the Answers made to their several Interogatories were true and further on Oath made Answer to Questions put to them And after several Pleas by the Attornies on both sides the Court is adjourned to Saturday the 13th insta^t at 3 aClock P: M